UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                       Case No. 17-cr-191-pp

STEPHEN S. LEWIS, *et al.,*

        Defendants.

## ORDER GRANTING MOTION FOR ORDER ALLOWING UNITED STATES TO MAINTAIN CUSTODY OF SEIZED PROPERTY UNDER 18 U.S.C. §983(A)(3)(b)(ii)(II) (DKT. NO. 63)

The government has filed a motion under 18 U.S.C. §983(a)(3)(B)(ii)(II) for an order allowing it to maintain custody of the approximately $552,222.00 in United States currency seized from 53XX North 46th Street, Milwaukee, Wisconsin, pending resolution of this criminal case. The seized asset already is in the custody of the government, because of process issued in a matter other than this criminal case. The government has represented to the court that it will maintain and preserve the seized asset throughout this criminal case so that the asset will be available for possible forfeiture. When the government starts a criminal forfeiture action containing an allegation that one or more specific items of property are subject to forfeiture, and the government already has seized that property by administrative or civil forfeiture process, the government must, under 18 U.S.C. §983(a)(3)(B)(ii)(II), "take the steps necessary to preserve its right to maintain custody of the property as provided in the applicable criminal forfeiture statute." Section 853(e)(1) of Title 21

1

authorizes the court to take any action necessary to preserve the availability of the property.

The court **CONCLUDES** that the government's motion, and this order, satisfy the requirements of 18 U.S.C. § 983(a)(3)(B)(ii)(II).

The court **GRANTS** the government's motion for an order allowing the United States to maintain custody of the seized property. Dkt. No. 63. The court **ORDERS** that, under 21 U.S.C. §853(e)(1), the United States and its agencies, including the Drug Enforcement Administration, are authorized to maintain and preserve the seized asset until this criminal case is concluded or until further order of this court.

Dated in Milwaukee, Wisconsin, this 17th day of October, 2018.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**United States District Judge**